401452-194

(Official Form 1)(12/03)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Cunningham, Katrina Leverne | Name of Joint Debtor(Spouse)(Last, First, Middle):<br>None |
|---|---|
| All Other Names Used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names Used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D. No. (if more than one, state all): 1338 | Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (including zip code):<br>517 156th Place<br>Calumet City, IL 60409 | Street Address of Joint Debtor (including zip code): |
| County of Residence or of the Principal Place of Business: Cook county | County of Residence or Principal Place of Business:<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>539 East 86th Place<br>Chicago, IL 60619 | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address): | Pro-se |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)      [ ] Railroad
- [ ] Corporation         [ ] Stockbroker
- [ ] Partnership         [ ] Commodity Broker
- [ ] Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7    [ ] Chapter 11    [X] Chapter 13
- [ ] Chapter 9    [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business    [ ] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying...Rule 10...

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
- [X] 1-15    [ ] 16-49    [ ] 50-99    [ ] 100-199    [ ] 200-999    [ ] 1000-over

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 milli |
|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 milli |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/09/2005
Time: 12:37:21
Debtor: KATRINA LEVERNE CUNNINGI
Case: 05-23029    Fee: 194
Chapter: 13  Rec. #: 3132665
Judge: Pamela Hollis
341 mtg: 07/07/2005 @ 01:00PM
ConfHrg: 07/25/2005 @ 11:00AM
Trustee: MARILYN MARSHALL
1:05BK23029-BK001

(Official Form 1)(12/03)                                                              FORM B1, Page 2

| VOLUNTARY PETITION | Name of Debtor(s): Cunningham |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

*Katrina Leverne Cunningham*     6/8/05
Katrina Leverne Cunningham     Date

_____
Signature of Co-Debtor     Date

**Signature of Attorney**

_____
Signature of Attorney
State Bar Member Number:

Date

Street Address:

Telephone Number:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual     Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____
Signature of Attorney     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Melissa Afshar
Printed Name of Bankruptcy Petition Preparer

543027852
Social Security Number (Required by 11 U.S.C. § 110(c).)

PO Box 25803
Portland, OR 97298

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*Melissa Afshar*     6/8/05
Melissa Afshar     Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, Eastern Division

In Re:                                                  Bankruptcy Case Number: _____

Katrina Leverne Cunningham

## VERICATION OF CREDITORS MATRIX

Number of Creditors: ____14____

In the above-named (Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: 6/8/05

_____
Debtor

_____
Joint Debtor

ATandT Wireless
PO Box 8229
Aurora, IL 60572-8229

American General Finance
PO Box 5110
Carol Stream, IL 60197-5110

Ashley Stewart
PO Box 659705
San Antonio, TX 78265-9705

Capital One Visa
PO Box 790216
St. Louis, MO 63179-0216

Carson Pirie Scott 130
PO Box 17633
Baltimore, MD 21297-1633

Citibank USA, N.A.
PO Box 6191
Sioux Falls, SD 57117

Citizens Bank
1 Citizens Drive
Riverside, RI 02915

Fashion Bug
PO Box 856021
Louisville, KY 40285-6021

Lane Bryant
PO Box 659728
San Antonio, TX 78265-9728

Menards
PO Box 5244
Carol Stream, IL 60197-5244

Municipal Credit Union
33 N. Lasalle, Suite 300
Chicago, IL 60602

T Mobile
Bankruptcy Department
PO Box 37380
Alburquerque, NM 87176

US Cellular
8410 W. Bryn Mawr, Suite 700
Chicago, IL 60631-3456

Wells Fargo Home Mortgage
PO Box 6429
Carol Stream, IL 60197-6429